Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Lisa C. Cartier-Giroux
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-139-MKD |
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of a Firearm and Ammunition |
| RICHARD ELUTERIO MEJIA, | |
| Defendant. | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about February 6, 2023, in the Eastern District of Washington, the Defendant, RICHARD ELUTERIO MEJIA, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a CANIK model TP9 SF Elite, 9mm caliber pistol, bearing serial number 21BH02253, and 9mm caliber ammunition, which firearm and ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, RICHARD ELUTERIO MEJIA, shall forfeit to the United States any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a CANIK model TP9 SF Elite, 9mm caliber pistol, bearing serial number 21BH02253, and 9mm caliber ammunition.

DATED this 5 day of December 2023.

A TRUE BILL

*Vanessa Waldref*

Vanessa R. Waldref
United States Attorney

*Lisa Cartier-Giroux* AUSA

Lisa C. Cartier-Giroux
Assistant United States Attorney

INDICTMENT – 2